IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3050 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| HECTOR REYES MARTINEZ, | ) | |
| a/k/a "CHETO" | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 16), pursuant to Federal Rule of

Criminal Procedure 48(a),  leave of court is granted for the filing of the dismissal of the

Indictment against  HECTOR REYES MARTINEZ, a/k/a "CHETO.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 16) is granted.

Dated this 10th day of November, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States District Judge